IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-25-48-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| LEOBARDO TORRES-TORRES, | |
| Defendant. | |

The Defendant having plead GUILTY to Count 1 of the Indictment at a Change of Plea hearing before Magistrate Judge John Johnston on April 24, 2025 Accordingly, **IT IS HEREBY ORDERED** Judge Johnston's Findings and Recommendations are ADOPTED in FULL.

   **IT IS ALSO ORDERED** :

   1.    Sentencing is set for **June 11, 2025 at 3:30 p.m.** at the Missouri River Federal Courthouse, Montana.

   2.    The United States Probation Office shall conduct a presentence investigation in accordance with Fed. R. Crim. P. 32(b) and 18 U.S.C. § 3552(a).

   3.    Following completion of the presentence report, the probation officer

shall disclose the report (excepting any recommendations of the probation officer) to the defendant, counsel for the defendant, and counsel for the government **ON OR BEFORE May 20, 2025.** The probation officer shall not disclose, directly or indirectly to anyone under any circumstances, the substance or contents of any recommendation made or to be made to the Court.

4.  In cases where restitution is mandatory, the probation officer shall consider a payment plan with the Defendant and make recommendations to the Court concerning interest and a payment schedule.

5.  In accordance with U.S.S.G. § 6A1.2, after receipt of the pre-sentence report and **ON OR BEFORE May 30, 2025** counsel for each party shall present to the probation officer, in writing, any objections to be relied upon at sentencing and, if there is a dispute over any material in the pre-sentence report, counsel shall meet with the probation officer and attempt to resolve disputes informally by diligent good faith effort.

6.  The pre-sentence report, in final form, shall be delivered to the Court and the parties **ON OR BEFORE June 10, 2025.**

7.  If the objections made pursuant to ¶ 5 are not resolved and counsel wishes the Court to address them, the objecting party shall submit all unresolved objections and a sentencing memorandum to the Court **ON OR BEFORE June 10, 2025.** The Court will resolve disputes in accordance with § 6A1.3 of the

guidelines at the sentencing hearing.

8. If either party intends to have witnesses testify at sentencing, the party must notify the Court and the opposing party, by filing a separate notification document, **ON OR BEFORE June 11, 2025** of the identity of the witness and the scope and purpose of the intended testimony. The requirement that the opposing party be notified of any intended testimony applies regardless of the language of Rule 17(b) contemplating ex parte application for witness subpoenas.

9. Without leave of Court, the defendant may file no more than ten (10) letters of support. Defendants wishing to file more than ten (10) letters must first seek leave of Court explaining why a greater number is necessary.

10. Any responses to sentencing memoranda shall be filed **ON OR BEFORE June 11, 2025.**

11. Reply briefs will not be accepted for filing in sentencing matters.

DATED this 12th day of May 2025.

_____
Brian Morris, Chief District Judge
United States District Court